RUTH H. VAN COURT, Respondent, *v.* BENJAMIN F. JAY et al., Individually and as Copartners under the Name of B. F. JAY & COMPANY, Appellant.

Submitted October 1, 1945; decided October 11, 1945.

*Louis Stone* for motion.

*Alexander Slater* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.